IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAINE LOBSTERMEN'S ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>*Federal Defendants*,<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Defendant-Intervenors*. | Case No. 1:21-cv-2509-JEB |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's December 6, 2021 Minute Order, the Parties have conferred and propose the following joint briefing schedule for the above-captioned matter:

(a) December 23, 2021: Deadline for filing of any additional motions to intervene;

(b) January 14, 2022: The Federal Defendants shall lodge and serve the Administrative Record;

(c) February 22, 2022[1]: Plaintiff shall file its motion for summary judgment;

(d) April 13, 2022: The Federal Defendants and Defendant-Intervenors shall file their respective responses to the Plaintiff's motion for summary judgment and cross-motions for summary judgment;

---

[1] Any motions to augment or supplement the Administrative Record must be filed on this date. If any such motions are filed, then the Plaintiff's motion for summary judgment will be due one week after either (i) the Administrative Record motion is denied, or (ii) the Federal Defendants lodge and serve any Supplemental Administrative Record that the Court orders it to produce.

(e) May 13, 2022: Plaintiff shall file its combined response to the Defendants' cross-motions for summary judgment, and reply in support of its motion for summary judgment;

(f) June 10, 2022: Federal Defendants and Defendant-Intervenors shall file their replies in support of their cross-motions for summary judgment;

(g) June 24, 2022: The Parties' joint appendix shall be filed.

DATED: December 15, 2021

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*/s/ J. Brett Grosko*
J. BRETT GROSKO
Senior Trial Attorney (Maryland Bar)
Wildlife and Marine Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
TEL: (202) 305-0342
FAX: (202) 305-0275
E-mail: brett.grosko@usdoj.gov

*/s/   Taylor A. Mayhall*
TAYLOR A. MAYHALL, Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 598-3796
Email: taylor.mayhall@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Ryan Steen*
Ryan Steen, D.C. Bar No. 1615260
Jason Morgan, D.C. Bar No. 1615129
James Feldman (*pro hac vice*)
STOEL RIVES, LLP
600 University Street, Suite 3600
Seattle, Washington 98101
Phone: (206) 624-0900
Fax: (206) 386-7500
Email: ryan.steen@stoel.com

                                                 jason.morgan@stoel.com
                                                 james.feldman@stoel.com

Jane C. Luxton, D.C. Bar No. 243964
LEWIS BRISBOIS BISGAARD & SMITH LLP
2112 Pennsylvania Ave., NW, Ste. 500
Washington, D.C. 20037
Phone: (202) 558-0659
Email: Jane.Luxton@lewisbrisbois.com

Mary Anne Mason, D.C. Bar No. 375825
MAINE LOBSTERMEN'S ASSOCIATION, INC.
2 Storer Street, Suite 203
Kennebunk, ME 04043
Phone: (202) 262-2424
Email: Maryanne@mainelobstermen.org

*Attorneys for Maine Lobstermen's Association, Inc.*

| | |
|---|---|
| /s/ *Kristen Monsell* (with permission) <br> Kristen Monsell, D.C. Bar No. CA00060 <br> Center for Biological Diversity <br> 1212 Broadway, Ste. 800 <br> Oakland, CA 94612 <br> (510) 844-7137 <br> kmonsell@biologicaldiversity.org | /s/ *Erica A. Fuller* (with permission) <br> Erica A. Fuller, D.C. Bar No. MA0001 <br> Conservation Law Foundation <br> 62 Summer St. <br> Boston, MA 02110 <br> (617) 850-1754 <br> efuller@clf.org |
| Jane P. Davenport, D.C. Bar No. 474585 <br> Defenders of Wildlife <br> 1130 17th Street, NW <br> Washington, DC 20036 <br> (202) 722-3274 <br> jdavenport@defenders.org | *Attorneys for Defendant-Intervenor Conservation Law Foundation* |
| *Attorneys for Defendant-Intervenors Center for Biological Diversity and Defenders of Wildlife* | |

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Taylor Mayhall*
Taylor Mayhall