UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MAINE LOBSTERMEN'S ASSOCIATION, INC.,**<br><br>Plaintiff,<br><br>and<br><br>**STATE OF MAINE, DEPARTMENT OF MARINE RESOURCES,**<br><br>Intervenor-Plaintiff,<br><br>and<br><br>**MASSACHUSETTS LOBSTERMEN'S ASSOCIATION, INC.,**<br><br>Intervenor-Plaintiff,<br><br>and<br><br>**DISTRICT 4 LODGE OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 207,**<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>**NATIONAL MARINE FISHERIES SERVICE,** *et al.*,<br><br>Defendants,<br><br>and<br><br>**CONSERVATION LAW FOUNDATION,** *et al.*,<br><br>Intervenor-Defendants. | Civil Action No. 21-2509 (JEB) |

## **ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants' [48] and Intervenor-Defendants' [46] Cross-Motions for Summary Judgment are GRANTED;

2. Plaintiff's [42] and Intervenor-Plaintiffs' [41, 43] Motions for Summary Judgment are DENIED; and

3. Judgment is ENTERED in favor of Defendants.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: September 8, 2022