# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-5238**                      **September Term, 2022**

**1:21-cv-02509-JEB**

**Filed On:** February 13, 2023

Maine Lobstermen's Association,

      Appellant

State of Maine Department of Marine Resources, et al.,

      Appellees

    v.

National Marine Fisheries Service, et al.,

      Appellees

------------------------------

Consolidated with 22-5244, 22-5245, 22-5246

      **BEFORE:**    Katsas and Rao, Circuit Judges; and Ginsburg, Senior Circuit Judge

## O R D E R

      Upon consideration of appellees' motion for leave to file a motion to dismiss as moot, the lodged motion to dismiss as moot, and the lodged opposition by Maine Lobstermen's Association to the motion to dismiss; and intervenor-appellant Massachusetts Lobstermen's Association's motion for leave to file out of time a response to appellees' motion for leave to file a motion to dismiss, the lodged response, and appellees' opposition to the motion for leave to file a response out of time, it is

      **ORDERED** that the consideration of the motions be deferred pending further order of the court.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                    BY:    /s/
                                Michael C. McGrail
                                Deputy Clerk